

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIVONTRAY D. CHRISTIAN,

    Defendant.

FILED
MAR 03 2021

Case: 4:21-cr-20151
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 03-03-2021 At 04:36 PM
IN RE: SEALED MATTER (JO)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### PROHIBITED PERSON IN POSSESSION OF A FIREARM
### (18 U.S.C. § 922(g)(1))

On or about November 25, 2020, in the Eastern District of Michigan, KIVONTRAY D. CHRISTIAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Glock, model 22, .40 caliber pistol, and the firearm was in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, KIVONTRAY D. CHRISTIAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense including a Glock, model 22, .40 caliber pistol bearing serial number BBSZ839 and 26 rounds of .40 caliber ammunition.

**THIS IS A TRUE BILL.**

Dated: March 3, 2021

s/GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DePORRE
JULES M. DePORRE
Assistant United States Attorney
MI State Bar P-73999
600 Church Street
Flint, Michigan 48502-1280